UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH DICKERSON,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C18-5599RBL

ORDER

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Fricke [Dkt. # 26]. Plaintiff Dickerson has not objected.

1. The Report and Recommendation is ADOPTED.
2. The ALJ's determination that Dickerson is not disabled was not error, and the ALJ's decision to deny Dickerson SSI benefits is AFFIRMED.
3. The Clerk shall provide copies of this Order to the parties and Judge Fricke.

IT IS SO ORDERED.

Dated this 12th day of August, 2019.

                                            Ronald B. Leighton
                                            United States District Judge